UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEREMY KINGSLY AUSTIN,<br><br>            Petitioner,<br><br>       v.<br><br>LARRY SMALL, WARDEN,<br><br>            Respondent. | CASE NO. CV 08-05248-MMM (PJW)<br><br>J U D G M E N T |

For the reasons set forth in the Order filed herewith

IT IS HEREBY ADJUDGED that this action is dismissed without prejudice.

DATED:   April 14, 2009

_____
MARGARET M. MORROW
UNITED STATES DISTRICT JUDGE

C:\Temp\notesFFF692\CV 08-05248-MMM JUDGMENT.wpd